## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF ILLINOIS

IN RE:

CLIFFORD CAMERON EASTER, JR

DEBTOR(S),

Case No. 16-70075
Chapter 13
Plan filed on 01/26/2016

Judge Mary P. Gorman

## OBJECTION TO CONFIRMATION OF
## PLAN FILED ON 01/26/2016

**NOW COMES** WELLS FARGO BANK, N.A., DBA WELLS FARGO DEALER SERVICES, (hereinafter "Creditor"), by and through its attorneys, CODILIS & ASSOCIATES, P.C. and moves this Honorable Court for an Order denying Confirmation of Debtor's plan filed on 01/26/2016 and in support thereof respectfully represents as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. Section 1334 and venue is fixed in this Court pursuant to 28 U.S.C. Section 1409;

2. Debtor filed a petition under Chapter 13 of Title 11, United States Bankruptcy Code on 1/26/16;

3. On 2/5/11, Debtor and Creditor executed a Retail Installment Contract under which movant claims a valid security interest in a 2011 Ford F150, motor vehicle – VIN 1FTFX1EF1BKD17799;

4. Enforcement of this security interest has been stayed automatically by operation of 11 U.S.C. Section 362 of the Bankruptcy Code;

5. The Chapter 13 plan herein provides for the payoff of said vehicle through the Trustee, during the pending of the proceeding;

6.   Debtor's plan proposes a monthly payment of $597.00 to the Standing Trustee for the benefit of creditors for a period of 60 months;

7.   Creditor filed a Proof of Claim in the instant case totaling the balance due on the 2011 Ford F150 in the amount of $13,262.52 and pre-petition arrears of $3,352.06 and would accept payment with interest at the APR of 5.25%, which is an interest rate that is appropriate pursuant to the Supreme Court's decision in the Till case;

8.   That paragraph 4(B) of Debtor's plan proposes to pay Creditor a secured claim of only $10,780.00 with an interest at 5.50% ;

9.   Creditor submits that the replacement value of the 2011 Ford F150 is $21,850.00 with a full contractual interest rate of 7.99%;[1]

_____

10. Sufficient grounds exist for denial of confirmation as Debtor's plan:

    a.    fails to pay Creditor the appropriate amounts of its secured claim;

    b.    fails to pay Creditor's pre-petition arrears;

    b.    fails to adequately protect Creditor's secured interest;

**WHEREFORE,** WELLS FARGO BANK, N.A., DBA WELLS FARGO DEALER SERVICES prays this Court enter an Order Denying Confirmation of Debtor's Chapter 13 plan and for such other and further relief as this Court may deem just and proper.

Dated this March 1, 2016.

Respectfully Submitted,

CODILIS & ASSOCIATES, P.C.

By: /s/ Jose Moreno

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
CODILIS & ASSOCIATES, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A File No. (14-16-02569)**

NOTE: This law firm is a debt collector.

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF ILLINOIS

**IN RE:**

CLIFFORD CAMERON EASTER, JR

DEBTOR(S),

Case No. 16-70075

Chapter 13

Judge Mary P. Gorman

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certify that I served a copy of the attached Objection upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on March 1, 2016 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on March 1, 2016.

John H. Germeraad, Chapter 13 Trustee, P.O. Box 9768, Springfield, IL 62791-9768 by electronic notice through ECF
Clifford Cameron Easter, Jr, Debtor(s), 6304 Cavalcade Dr., Mt Zion, IL 62549
Thomas Carlisle, Attorney for Debtor(s), 201 W Olive St, Bloomington, IL 61701 by electronic notice through ECF
Office of U.S. Trustee, Becker Building, Room 1100, 401 Main, Peoria, IL 61602 by electronic notice through ECF

   /s/ Jose Moreno
Attorney for Creditor

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
CODILIS & ASSOCIATES, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE NO. (14-16-02569)**

NOTE: This law firm is a debt collector.